(Post 11/2015)

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_Central_ DIVISION

JUL 0 8 2021

**TAMMY H. DOWNS, CLERK**
By:_____
DEP CLERK

Zena Green
1318 Franklin St
North Little Rock, AR 72114
(Name of plaintiff or plaintiffs)

v.

CIVIL ACTION NO. 4:21-cv-611-BRW
(case number to be supplied by the assignment clerk)

**This case assigned to District Judge _Wilson_**
**and to Magistrate Judge _Volpe_**

Walmart
McCain Blvd
North Little Rock, AR 72114
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, _Zena Green_, is a
(name of plaintiff)
citizen of the United States and resides at _1318 Franklin Street_,
(street address)
_North Little Rock, Pulaski_, _AR_, _72114_,
(city)    (county)    (state)    (ZIP)
_501-612-9868_
(telephone)

3. Defendant, _Walmart_, lives at, or its
(name of defendant)
business is located at _McCain Blvd_, _North Little Rock_,
(street address)    (city)
_Pulaski_, _AR_, _72117_.
(county)    (state)    (ZIP)

4. Plaintiff sought employment from the defendant or was employed by the

defendant at _____McCain Blvd_____ , _____North Little Rock_____ ,
       (street address)                                    (city)

_Pulaski_____ , _____AR_____ , _____72117_____ .
(county)            (state)            (ZIP)

5.    Defendant discriminated against plaintiff in the manner indicated in paragraphs 9

and 10 of the complaint on or about _____4_____ _____29_____ _____2021_____ .
                                        (month)      (day)        (year)

6.    Plaintiff filed charges against the defendant with the Equal Employment

Opportunity Commission charging defendant with the acts of discrimination indicated in

paragraphs 9 and 10 of this complaint on or about _____6_____ _____ _____2021_____ .
                                                      (month)     (day)       (year)

7.    The Equal Employment Opportunity Commission issued a Notice of Right to Sue

which was received by plaintiff on _____7_____ _____7_____ _____21_____ , a copy of which notice
                                    (month)      (day)      (year)

is attached to this complaint.

8.    Because of plaintiff's (1) _____ race, (2) _____ color, (3)_____ sex,

(4) _____ religion, (5) _____ national origin, defendant:

         (a) _____ failed to employ plaintiff.

         (b) __✓__ terminated plaintiff's employment.

         (c) _____ failed to promote plaintiff.

         (d) __✓__ ADA _____

I was injured years back at Walmart. So this is in their
records. They have new management there, and termed
me after they found out and locked me out of system
the night I came in. I am unable to lift large items. I am
still under doctor's care

9.    The circumstances under which the defendant discriminated against plaintiff were

Disability

as follows: Walmart has a availabilty sheet that is filled out when employed. So they know when employee knows when available. I had filled out (4) forms from 11/28/20 till 4/29/21. The form was put in the black box in HR. I was a part time employee. Only to work 2 to 3 days to assist the 73 yr old woman working overnight by herself. I didn't know that they had a pallet of 8 feet on pallet to unload basically every night, I thought they were on racks to roll around like in apparel in 2018. Me + her were the only 2 people who came during snow storm 2021, I was never late. New lady Emily came in

10. ☑  The acts set forth in paragraph 9 of this complaint: changing my hours without reviewing availabilty.

(a) _____ are still being committed by defendant.  Tiffany was a overnight mgr. who did not know

(b) _____ are no longer being committed by defendant.  Why I was locked out

(c) __X__ may still be being committed by defendant.  She said and sent me to a lady name Erica.

11.      Plaintiff attaches to this complaint a copy of the charges filed with the Equal  I have a left arm injury which keeps me from lifting any thing heavy.

Employment Opportunity Commission which charges are submitted as a brief statement of the

facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

(a) _____ Defendant be directed to employ plaintiff, and

(b) _____ Defendant be directed to re-employ plaintiff, and

(c) _____ Defendant be directed to promote plaintiff, and

(d) __X__ Defendant be directed to pay loss wages and wages for mental abuse (embarrasment having to leave

and that the Court grant such relief as may be appropriate, including injunctive orders, damages, beginning of shift on employee appreciate night. So, 2AM lunch

costs and attorney's fees.

_____
SIGNATURE OF PLAINTIFF

| | | |
|---|---|---|
| ☉ | ⊡ | 📖 Page view | Aᴺ Read aloud | ▽ Draw ⌄ |

EEOC Form 161 (11/2020)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  Zena R. Green
1318 Franklin Street
North Little Rock, AR 72114

From:  Little Rock Area Office
820 Louisiana
Suite 200
Little Rock, AR 72201

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 493-2021-01171 | Rodney E. Phillips, Investigator | (501) 324-6473 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: The EEOC will not proceed further with its investigation, and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

William A. Cash, Jr.,          7/7/2021
Area Office Director            Date Issued

Enclosures(s):

cc:   Scott Foreman
Shareholder
LITTLER MENDELSON, P.C.
2001 McGee St., Ste. 800
Kansas City, MO 64108

| | | | | | |
|---|---|---|---|---|---|
| ◰ | ⊞ | | 🎒 ▣ ▦ | ➤ | ✎ |

Enclosure with EEOC
Form 161 (11/2020)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** — **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge within **90 days** of the date you receive this Notice. Therefore, you should keep a record of this date. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope or record of receipt, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed within 90 days of the date this Notice was issued to you (as indicated where the Notice is signed) or the date of the postmark or record of receipt, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** — **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred more than 2 years (3 years) before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 — nor 12/1/10 — in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice *and* within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** — **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do *not* relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** — **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, please make your review request *within 6 months* of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

➤ The limitations from the impairment no longer have to be severe or significant for the impairment to be considered substantially limiting.

➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities"** now include the operation of major bodily functions, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➤ Only one major life activity need be substantially limited.

➤ With the exception of ordinary eyeglasses or contact lenses, the beneficial effects of "mitigating measures" (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) are not considered in determining if the impairment substantially limits a major life activity.

➤ An impairment that is "episodic" (e.g., epilepsy, depression, multiple sclerosis) or "in remission" (e.g., cancer) is a disability if it would be substantially limiting when active.

➤ An impairment may be substantially limiting even though it lasts or is expected to last fewer than six months.

**"Regarded as" coverage:**

➤ An individual can meet the definition of disability if an employment action was taken because of an actual or perceived impairment (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➤ A person is not able to bring a failure to accommodate claim if the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.*

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 493-2021-01171 |

and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MS. ZENA R GREEN | (501) 612-9868 | 1964 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1318 FRANKLIN STREET, NORTH LITTLE ROCK, AR 72114 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| WAL-MART STORES ARKANSAS LLC | 201 - 500 | (501) 945-2700 |

| Street Address | City, State and ZIP Code |
|---|---|
| 4450 E. MCCAIN BLVD., NORTH LITTLE ROCK, AR 72117 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 12-31-2020 | 04-29-2021 |

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was first hired in 2018 and was injured on the job and moved to a new position. I gradually was taken off the schedule in 2019. I spoke to a couple of managers and was rehired and started November 28, 2020. I was only available for part-time hours because I work full-time, but I had issues repeatedly because I was being scheduled full-time hours. I could not clock in on April 29, 20201. I was told by two managers they did not know why I could not clock in and to call the store manager. I was told he was on vacation and to contact the assistant store manager. He never returned my calls.

I believe I was discharged because of my race (Black) in violation of Title VII of the Civil Rights Act of 1964, as amended. I also believe I was discharged because of my disability or record of a disability in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE

Digitally signed by Zena R Green on 06-30-2021
04:14 PM EDT

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

Investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

# EEOC (INQUIRY) NUMBER: 493-2021-01171

## Inquiry Information

### REASON(S) FOR CLAIM

Date of Incident (Approximate): 04/29/2021

Reason for Complaint:  Age - I am 40 years of age or older, Disability

Pay Disparity:

Location of Incident:  Arkansas

Submission (Initial Inquiry) Date:  05/07/2021

Claim previously filed as charge with EEOC?  No

Approximate Date of Filing:  N/A

Charge Number:  N/A

Claim previously filed as complaint with another Agency?  No

Agency Name:  N/A

Approximate Date of Filing:  N/A

Nature of Complaint:  N/A

### INQUIRY OFFICE

Receiving:  Little Rock Area Office

Accountable:  Little Rock Area Office

### APPOINTMENT

Appointment Date and time:  06/29/2021 01:30 PM US/Central

Interview Type:  Phone

### APPROXIMATE DEADLINE FOR FILING A CHARGE:  10/27/2021

### POTENTIAL CHARGING PARTY

First Name, Middle Initial:  Zena, R

Last Name:  Green

Street or Mailing Address:  1318 Franklin street

Address Line 2:

**City, State, Zip:** NORTH LITTLE ROCK, AR, 72114

**Country:** UNITED STATES OF AMERICA

**Year of Birth:** 1964

**Email Address:** msgreen1318@yahoo.com

**Home Phone Number:**

**Cell Phone Number:** (501) 612-9868

## RESPONDENT/Employer

**Organization Name:** WALMART SUPERCENTER

**Type of Employer:** Business or non-profit organization that I applied to, work for, or worked for

**Number of Employees:** An uncertain number of employees

**Street or Mailing Address:** 4450 e McCain blvd

**Address Line 2:**

**City, State, Zip Code:** NORTH LITTLE ROCK, AR, 72117

**County:** Pulaski

**Phone Number:** (501) 945-2700

## RESPONDENT CONTACT

**First and Last Name:**

**Email Address:**

**Phone Number:**

**Title:** Human Resources Director or Owner

## LOCATION OF POTENTIAL CHARGING PARTY'S EMPLOYMENT

**Street or Mailing Address:**

**Address Line 2:**

**City, State, Zip Code:**

**County:**

## POTENTIAL CHARGING PARTY'S DEMOGRAPHICS

**Gender:** F

← Back   ↩   ⇖   ⇘                                         Archive   🗂 Move   🗑 Delete   ⊗ Spam   •••



**U.S. Equal Employment Opportunity Commission** <noreply@eeoc.gov>                    🖨   Wed, Jul 7 at 6:37 AM

To: msgreen1318@yahoo.com



**U.S. Equal Employment Opportunity Commission**
**Little Rock Area Office**

EEOC has made a decision regarding charge number 493-2021-01171. It is very important that you download and retain a copy of this document. You may review this decision by logging into the EEOC Public Portal.

This email is an official notification from the Equal Employment Opportunity Commission (EEOC) regarding charge 493-2021-01171. Please do not reply to this email.

Notice of Confidentiality. The information contained in this transmission may contain privileged and confidential information, including information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact us at EEOC and destroy all copies of the original message and attachments.

🔍 Type here to search        O   ▢i   █   █   █   ▼   █   ▧   ◐

**Disabled:** I have a disability

**Are you Hispanic or Latino?** not hispanic or latino

**Ethnicity:** Black or African American.

**National Origin:** American(U.S.)

## Adverse Action(s)

I was terminated 4/29/21. I tried to clock in and said deactivated. I asked manager Tiffany and she had me talk to. Erica.  Tiffany and Erica had no idea how or what to do.  Emily is the one said in past night meetings she does schedules. Everyone fills availability sheet when hired.  Caleb and most associates know they cannot get points or fired for them scheduling you and they know you not available.

 As you see, I am no longer on schedule..for Walmart 1105.. McCain, north Little Rock.  I was one of the 3 that showed up in snow.  Everyone else called in.  I am a single senior citizen.  I was told to go home that night and call Caleb the manager under Josh...who is on vacation.I was told. I was rehired 11/28/20 overnight part time..to assist a old associate cause. She only one working by herself apparel overnight..The lady is black and 73 yrs old.

## Supplemental Information

### What Reason(s) were you given for the action taken against you?

None was given...Erica said she could not find me anywhere in system...Overnight manager..

### Was anyone in a similar situation treated the same, better, or worse than you?

N/A

### Please provide name(s) and email and/or phone number of anyone who will support your claim, and briefly describe the information this person will provide.

Pearlie is the lady 73 that worked the night schedule not always same days.

501-310-2026

| Name | Type | Added On | Added By |
|------|------|----------|----------|
| 493-2021-01171Green161.pdf | Closure Notice/NRTS | 07/07/2021 | Vikki Hudgens |
| Signed Charge of Discrimination | Charge of Discrimination | 06/30/2021 | Charging Party |
| OnlineInquiry_Report_493-2021-01171.pdf | CP Online Assessment, Inquiry & Supplemental Information | 06/29/2021 | Katy Hunsperger |

## Additional Information

**If you have questions**
You may find answers in the Frequently Asked Questions (FAQ)

If you still have questions about charge or the status of your charge, please contact the **Little Rock Area Office** at 1-866-408-8075 or email info@eeoc.gov. Please use Charge Number 493-2021-01171 on all correspondence and communications.

Back to My Cases



.ull cricket 🛜          3:04 PM          95% 🔋

‹          April 29          Edit
          9:03 PM

HREE          SAT          SUN          MON          TUES          WED

Date _____

t Start _____

ift End _____

MY LOCKER # : _____

COMBINATION : _____          Useful Tip:
                                        Take a photo
USER ID : Z0G01F09                      and
                                        store this
CASHIER ID: _____             information
                                        in your
HIRE DATE: 11/28/2020                   phone ................
PW: ZG1234          Store/Club #1105