IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ZENA GREEN                                                                                          PLAINTIFF

v.                                           4:21-CV-00611-BRW

WALMART                                                                                           DEFENDANT

## JUDGMENT

Consistent with the order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED with prejudice. Judgment is entered for Defendant.

IT IS SO ORDERED this 19th day of July, 2022.

```
                                        _____BILLY ROY WILSON_____
                                        UNITED STATES DISTRICT JUDGE
```